UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____

CONSERVATION LAW FOUNDATION, INC.   )
                                     )
            Plaintiff,           )
                                     )
     v.                      )          Case No. 1:16-cv-00493-SM
                                     )
PEASE DEVELOPMENT AUTHORITY,     )
et al                                    )
                                     )
            Defendants.      )
_____)

## **JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the parties to the above-entitled matter

hereby stipulate that this action be dismissed with prejudice and without costs and interest.

Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.

Dated:  October 6, 2020

By its attorneys,

| | |
|---|---|
| */s/ Thomas F. Irwin* | */s/ Seth Kerschner* |
| Thomas F. Irwin, Esq. (#11302) | Seth Kerschner, Esq. |
| Conservation Law Foundation | Pro Hac Vice |
| 27 North Main Street | White & Case LLP |
| Concord, NH 03301 | 1221 Avenue of the Americas |
| (603) 225-3060 | New York, NY 10020 |
| tirwin@clf.org | (212) 819-8630 |
| | seth.kerschner@whitecase.com |
| */s/ Trisha Grant* | |
| Trisha Grant, Esq. | */s/ Matt Wisnieff* |
| Pro Hac Vice | Matt Wisnieff, Esq. |
| White & Case LLP | Pro Hac Vice |
| 701 Thirteenth Street | White & Case LLP |
| Washington, D.C. 20005 | 1221 Avenue of the Americas |
| (202) 626-6472 | New York, NY 10020 |
| trisha.grant@whitecase.com | (212) 819-8248 |
| | matthew.wisnieff@whitecase.com |

**AND**

PEASE DEVELOPMENT AUTHORITY AND INDIVIDUAL DEFENDANTS

Dated:  October 6, 2020

By their attorneys,

GORDON J. MacDONALD, ATTORNEY GENERAL

By:*/s/ Jill Perlow*
Jill Perlow, Senior Asst. Atty. General (#15830)
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301-6397
(603) 271-3658
Jill.Perlow@doj.nh.gov

AND

SHEEHAN, PHINNEY, BASS & GREEN, P.A.

By:*/s/ John-Mark Turner*
John-Mark Turner (#15610)
1000 Elm Street, P.O. Box 3701
Manchester, NH  03101
(603) 627-8143
jturner@sheehan.com

## CERTIFICATE OF E-SERVICE

I hereby certify that the foregoing document, filed electronically through the ECF system with the Court on October 6, 2020, has been sent electronically to the registered participants as identified on the Notice of Electronic Filing.

By:*/s/ John-Mark Turner*
John-Mark Turner (#15610)
Sheehan Phinney Bass & Green, P.A.
1000 Elm Street, P.O. Box 3701
Manchester, NH  03101
(603) 627-8143
jturner@sheehan.com