UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Conservation Law Foundation, Inc.


        v.
                                Case No. 16-cv-493-SM

Pease Development Authority, et al



JUDGMENT


Judgment is hereby entered in accordance with the following:

1. Order by District Judge Steven J. McAuliffe dated September
   26, 2017; and

2. Stipulation of Dismissal filed on October 6, 2020.



By the Court:


_____
Daniel J. Lynch
Clerk of Court



Date: October 19, 2020

cc:  All Counsel of Record